PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT San Francisco
DISTRICT OF Northern California   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: MELINDA HAAG
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. _____

Name of Asst. U.S. Attorney (if assigned): Adam A. Reeves

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. _____

Place of offense _____ County _____

CASE NO.
CR 12 0420
USA vs
Defendant: Karim Iskander Bayyouk

Address: E-filing   JW

☐ Interpreter Required   Dialect: _____

Birth Date _____   ☐ Male   ☐ Alien
                    ☐ Female  (if applicable)

Social Security Number _____

FILED 2012 MAY 29 P 2:37 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons
Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | PLEASE SEE ATTACHED FOR |  |  |
|  | PENALTIES |  |  |
|  |  |  |  |
|  |  |  |  |

## PENALTY SHEET ATTACHMENT

<u>Count One</u>:

    18 U.S.C. § 1505 (Obstruction)

    Maximum penalties:   5 years imprisonment (18 U.S.C. § 1505)
                                    $250,000 fine (18 U.S.C. § 3571(b)(3))
                                    3 years supervised release (18 U.S.C. § 3583(b)(2))
                                    $100 special assessment (18 U.S.C. § 3013)

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**CR 12 0420**

UNITED STATES OF AMERICA,

V.

KARIM ISKANDER BAYYOUK

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1505- Obstruction of Proceedings before the Securities and Exchange Commission

---

A true bill.

_____ Foreman

Filed in open court this _____ day of

__May 2012__.

_____ KAREN L. ___
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ Summons

MELINDA HAAG (CABN 132612)
United States Attorney



FILED 2012 MAY 29 P 2:59

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 12 0420 JW

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KARIM ISKANDER BAYYOUK,

    Defendant.

VIOLATION: 18 U.S.C. § 1505 - Obstruction of Proceedings before the Securities and Exchange Commission.

SAN FRANCISCO VENUE

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1505 - Obstruction of Proceedings before the Securities and Exchange Commission)

1. At all relevant times, KARIM ISKANDER BAYYOUK resided in or near Livonia, Michigan.

2. At all relevant times, the United States Securities and Exchange Commission (the "SEC") was an independent agency of the United States. The SEC's Division of Enforcement, among other things, investigated possible violations of federal securities laws and regulations and brought administrative and civil actions to enforce those laws and regulations.

INDICTMENT

3. In or about April 2007, the SEC commenced an investigation into securities fraud and insider trading relating to purchases and sales of securities issued by Biosite Incorporated.

4. On or about May 31, 2007, attorneys from the SEC's Division of Enforcement in San Francisco, California, conducted a telephone interview of KARIM ISKANDER BAYYOUK as part of the SEC's investigation into securities fraud and insider trading relating to purchases and sales of securities issued by Biosite Incorporated.

5. On or about May 31, 2007, in the Northern District of California and elsewhere, the defendant,

KARIM ISKANDER BAYYOUK,

unlawfully, willfully, and knowingly, corruptly influenced, obstructed, and impeded, and aided and abetted others to corruptly influence, obstruct, and impede, the due and proper administration of the law under which a pending proceeding was being had before a department or agency of the United States, to wit, the SEC and its investigation into securities fraud and insider trading relating to purchases and sales of securities issued by Biosite Incorporated.

All in violation of Title 18, United States Code, Section 1505.

DATED: May 29, 2012

A TRUE BILL

/s/ _____
FOREPERSON

MELINDA HAAG
United States Attorney

/s/ _____
MIRANDA KANE
Chief, Criminal Division

Approved as to form:

/s/ _____
ADAM A. REEVES
Assistant United States Attorney

INDICTMENT

2