1 BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
2 44 Montgomery Street, Suite 3850
San Francisco, CA  94104
3 Telephone: (415) 912-5886
4 Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net
5
Attorney for Defendant
6 KARIM ISKANDER BAYYOUK

7
UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
SAN FRANCISCO DIVISION
10

11

12 UNITED STATES OF AMERICA,                    CASE NO. CR-12-0420-EMC

13         Plaintiff,

14     v.

15 KARIM ISKANDER BAYYOUK,

16         Defendant.

17

18 UNITED STATES OF AMERICA,                    CASE NO. CR-11-0625-EMC

19         Plaintiff,

20     v.

21 BASSAM YACOUB SALMAN
22 a/k/a Bassam Jacob Salman,

23         Defendant.

24

25 **STIPULATION AND [PR̶O̶POSED] ORDER SETTING
HEARING AND BRIEFING SCHEDULE**

26 Pursuant to the Court's Order at the October 31, 2012 Status Hearing in the above-
27 captioned matters, the parties have met and conferred regarding a briefing schedule on the
28

United States' Motion for a Joint Trial of Separate Cases which is currently set for hearing on December 19, 2012. It is hereby stipulated and agreed by and between the parties, through their respective counsel of record, and respectfully requested that the Court order as follows:

1. Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 5, 2012.

2. Plaintiff United States shall file its Reply to Defendants' Oppositions to the United States' Motion for a Joint Trial of Separate Cases no later than December 12, 2012.

3. The hearing on the Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m.

**IT IS SO STIPULATED.**

Dated: November 8, 2012          LAW OFFICES OF BRIAN H GETZ

                                 By:   */s/Brian H Getz*
                                    Brian H Getz
                                    Attorney for Defendant Karim Bayyouk

Dated: November 8, 2012          LAW OFFICES OF GAIL SHIFMAN

                                 By:   */s/Gail Shifman*
                                    Gail Shifman
                                    Attorney for Defendant Bassam Yacoub Salman

Dated: November 8, 2012          MELINDA HAAG
                                 UNITED STATES ATTORNEY

                                 By:   */s/Adam A. Reeves*
                                    ADAM A. REEVES
                                    Assistant United Attorney

**[PROPOSED]**

**ORDER**

Based on the foregoing, and good cause appearing, the United States' Motion for a Joint Trial of Separate Cases shall be heard on December 19, 2012 at 2:30 p.m. Defendants shall file their Oppositions to the United States' Motion for a Joint Trial of Separate Cases on December 5, 2012 and the United States shall file its Reply Brief to Defendants' Oppositions on December 12, 2012.

**IT IS SO ORDERED.**

Dated:   November _____13_____, 2012          _____
                                                                                THE HONORABLE EDWARD M. CHEN
                                                                                United States District Judge

