MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Adam.Reeves@usdoj.gov
           Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0420 EMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PR~~OPOSED~~] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| KARIM ISKANDER BAYYOUK, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on June 29, 2012, the United States began its production of approximately 937,000 pages of documents and other materials to counsel for the defendant;

WHEREAS, counsel for the defendant needs time to review the discovery;

WHEREAS, the Court set this case for trial on August 26, 2013;

WHEREAS, a failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and under the circumstances, the ends of justice served by a reasonable continuance outweigh the best interest of the public and the defendant in a speedy trial;

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0420 EMC

1  WHEREAS, the defendant consents to the exclusion of time from December 19,
2  2012, to August 26, 2013;
3  THEREFORE, it is hereby stipulated by and between the parties, through their respective
4  counsel of record, that the period of time from December 19, 2012, to August 26, 2013, shall be
5  excluded in computing the time within which the trial of the offenses alleged in the Indictment
6  must commence under 18 U.S.C. § 3161.

7  DATED: December 21, 2012          MELINDA HAAG
                                     United States Attorney
8

9                                    _____/s/_____
                                     ROBERT S. LEACH
10                                   ADAM A. REEVES
                                     Assistant United States Attorneys
11

12 DATED: December 21, 2012          BRIAN H. GETZ, ESQ.
                                     Law Offices of Brian H. Getz
13

14                                   _____/s/_____
                                     BRIAN H. GETZ, ESQ.
                                     Counsel to Defendant Karim Iskander
15                                   Bayyouk

16
                        **ORDER EXCLUDING TIME**
17
   Pursuant to stipulation, it is HEREBY ORDERED as follows:
18
   The Court finds that the ends of justice served by granting a continuance from December
19
   19, 2012, to August 26, 2013, outweigh the best interests of the public and the defendant in a
20
   speedy trial.  The Court ORDERS that the time between December 19, 2012, and August 26,
21
   2013, shall be excluded in computing the time within which the trial must commence under the
22
   Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).
23
   DATED: December __, 2012   January 15, 2013
24
                                              
25
26
27                                   The Honorable
                                     United
28

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0420 EMC