MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ADAM A. REEVES (NYBN 2363877)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   Adam.Reeves@usdoj.gov
   Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. CR 12-0420 EMC |
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL |
| v. | |
| KARIM ISKANDER BAYYOUCK, | |
| Defendant. | |

STIPULATION

The parties hereby stipulate to the following briefing schedule for Defendant's Motion for a New Trial, filed September 17, 2013 (ECF No. 124):

   Government's opposition due:    October 9, 2013

   Defendant's reply (if any):    October 16, 2013

   Hearing on motion:    October 23, 2013, at 1:30 p.m.

   STIPULATED AND AGREED TO:

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL, CR 12-0420 EMC

1

DATED: September 25, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ROBERT S. LEACH
ADAM A. REEVES
Assistant United States Attorneys

LAW OFFICES OF BRIAN H GETZ

__/s/_____
BRIAN H GETZ, ESQ.
Counsel for Defendant
Karim Iskander Bayyouk

ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, the briefing schedule listed above is HEREBY ORDERED.

Dated: 9/25/13

Hon.
United

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR NEW TRIAL, CR 12-0420 EMC

2