# EXHIBIT A



EXH 001-0001