# EXHIBIT B

Listing of Karim Bayyouk's Common Investments with
Bassam Salman & Michael Kara for Securities
Purchased January 2004 through April 2007[1]

|  | Company | K Bayyouk Date of First Trade | Salman Date of First Trade | Kara Date of First Trade |
|---|---|---|---|---|
| 1 | AMYLIN PHARM INC | 11/29/2004 |  | 11/9/2004 |
| 2 | ENCYSIVE | 1/18/2005 |  | 12/21/2004 |
| 3 | PROTEIN DESIGN LABS INC. (AKA PDL BIOPHARMA INC.) | 2/7/2005 |  | 1/24/2005 |
| 4 | MILLENNIUM PHARM INC | 2/14/2005 |  |  |
| 5 | BIOGEN IDEC INC | 3/3/2005 |  | 2/28/2005 |
| 6 | ELAN CORP | 3/3/2005 |  | 2/28/2005 |
| 7 | PAIN THERAPEUTICS INC | 3/23/2005 |  | 5/18/2004 |
| 8 | BONE CARE INTL INC | 5/2/2005 |  | 5/2/2005 |
| 9 | AMERICAN PHARMACEUTICAL PARTNERS (APPX) | 5/6/2005 |  | 4/21/2004 |
| 10 | ENDO PHARMACEUTICALS | 6/21/2005 |  | 4/23/2004 |
| 11 | CELGENE CORP | 7/8/2005 |  | 7/7/2005 |
| 12 | SUN MICROSYSTEMS | 10/4/2005 | 10/4/2005 |  |
| 13 | TOTAL S A | 10/5/2005 |  |  |
| 14 | GENENTECH INC | 10/11/2005 | 12/14/2005 | 6/7/2004 |
| 15 | CEPHALON INC | 10/17/2005 |  | 12/2/2004 |
| 16 | PETROKAZAHSTAN INC | 10/18/2005 | 8/22/2005 |  |
| 17 | AMGEN INC | 11/22/2005 |  | 10/6/2005 |
| 18 | GOOGLE INC | 11/22/2005 | 11/23/2005 |  |
| 19 | MICROSOFT CORP | 11/22/2005 | 11/7/2005 |  |
| 20 | SIRIUS SATELLITE | 12/9/2005 | 12/9/2005 |  |
| 21 | AUCTION MILLS INC | 12/9/2005 | 2/13/2006 |  |
| 22 | XECHEM INTL INC | 12/9/2005 |  |  |
| 23 | ANDRX CORP | 2/24/2006 |  | 2/24/2006 |
| 24 | SERONO SA SPONS ADR | 3/1/2006 |  |  |
| 25 | HUMAN BIOSYSTEMS | 3/31/2006 |  |  |
| 26 | HEALTH NET INC COM | 4/7/2006 |  | 4/6/2006 |
| 27 | NEUROCRINE | 5/15/2006 |  | 5/12/2006 |
| 28 | HCA INC | 7/18/2006 |  | 7/21/2006 |
| 29 | PANACOS | 7/24/2006 |  |  |
| 30 | UNITED SURGICAL PRTNRS INTL | 8/9/2006 |  | 8/8/2006 |
| 31 | UNICORP INC | 8/15/2006 | 8/18/2005 |  |
| 32 | SYMBION INC | 10/27/2006 |  |  |
| 33 | BIOSITE INC | 3/23/2007 |  | 3/22/2007 |
| 34 | ALEXION PHARM INC | 4/5/2007 |  | 3/26/2007 |

Footnotes:
[1] Source:  Michael Kara's Schwab brokerage records (Exhibit 165); Emile Jilwan's Fidelity/ Schwab brokerage records  (Exhibit 166); Karim Bayyouk's Comerica Securities brokerage records (Exhibit 171); Karim Bayyouk's Schwab brokerage  records (Exhibit 172); Bassam Salman's Charles Schwab brokerage records (Exhibit 173); and SEC Announcement re: settlement dates (Exhibit 91).

**EXH 087-0001**