# EXHIBIT A



THE BASILICA OF
ST. MARY ANTIOCHIAN ORTHODOX CHURCH

March 19, 2014

The Honorable Edward M. Chen
United States District Court Judge

Dear Judge Chen,

    I am the Reverend Fr. George H. Shalhoub, pastor of the Antiochian Orthodox Basilica of St. Mary in Livonia, MI and an Associate Professor in the Department of Religion and Philosophy at Madonna University.

    I hereby submit this letter on behalf of Karim Bayyouk who resides at 19200 Glen Eagles Dr. in Livonia, MI. I am the founding pastor of the Basilica for the last 42 years. I was appointed, by Governor John Engler to the Department of Mental Health Advisory Board, appointed by Governor Jennifer Granholm to the Commission on Arab and Chaldean American Affairs and also by Governor Rick Snyder to the Commission on Arab and Chaldean American Affairs.

    My responsibilities as a pastor are to manage the staff of the church and watch over the Cultural Center of the church. I am very much involved in counseling, preparing those who wish to be married, and meeting with the youth, on a daily basis, who are facing crisis in so many forms of addiction.

    I had the pleasure of meeting Karim when his parents migrated from the old country to the city of Livonia. He was 12 years of age. The family was very instrumental by being part of the founding fathers and mothers in our young but growing community. Karim served as an Altar Boy for many years, attended Sunday School and youth meetings. He was always a very respectful teen and went through his adolescence in the most obedient way to his parents, brothers and sisters.

Under the Jurisdiction of the Antiochian Orthodox Church of America
18100 Merriman Road, Livonia, Michigan 48152 (734) 422-0010
Father George H. Shalhoub, Pastor
Email: theBasilica@TBOSM.com
Website: www.saintmarylivonia.com

As a young man going through Junior High and High School, he always worked and helped in his brothers business. When it was time for him to be married, I went with him to Chicago to bless the wedding rings. Shortly after his future wife's family accepted to come to the Detroit area and have the wedding here.

Throughout all this time, Karim and his wife have been active in helping the church's mission in promoting food for the hungry and holding a coat and mitten drive for children. They have been good mentors for other young people.

Karim's hard work and perseverance made him very successful, opening several restaurants in the inner city when the inner city was deprived of good restaurants. When our Activity Center was completed, some 15 years ago, Karim and his wife were instrumental in holding a Thanksgiving dinner for the elderly and homeless in our area.

The greatest joy of marriage is having children and Karim has been blessed with 4 children. I had the privilege of baptizing all of them. The children are now part of the Sunday School their dad was in.

Your Honor, I have counseled Karim ever since what has happened and I assure you he is very remorseful. He takes the charges very seriously. All I do, I appeal to Your Honor that justice and mercy meet. As long as we are on this earth, we are under your authority until, one day, all of us meet God and He takes over.

If more information is needed, please do not hesitate to contact me.

Signed and sealed this 19th day of March
In the year of our Lord, Two Thousand Fourteen

Fr. George H. Shalhoub

# Gerald A. Bagazinski
31110 Hathaway
Livonia, MI 48150
734-765-5833
gabpc@aol.com

March 10, 2014

Honorable Edward M. Chen
Judge of the Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

        Re:    U.S. v Karim Bayyouk
                 Case No. CR 0420-001-EMC

Dear Judge Chen:

I am writing this letter on behalf of Karim Bayyouk. Karim has been a business client of mine for the last fifteen years. I have handled various business and estate planning matters for him and his wife. During this period of time I have gotten to know him and his family.

Karim started four storefront fish and chicken carry out restaurants located in Detroit with an out of state partner, Bassam Salman, who is also appearing for sentencing at a later date. None of these restaurants alone would support his family by itself. In order to get the appropriate economy of scale to support his family, he had to open multiple restaurants.

In the process of reviewing leases for Karim, I learned from him firsthand of the complex bureaucratic process of getting permit, licenses and scheduling inspections in the City of Detroit and Wayne County. He was amazingly diligent and spent a lot of time making sure he was compliant with the myriad of federal, state and local ordinances. I do not recall a single instance where I went to court to represent him for a misdemeanor violation. I cannot say this is true of other clients.

This carried over into other areas. For instance, he has a good accountant who has made sure his taxes were up to date. He also had a good insurance coverage. When I became aware of different problems such as a slip and fall injury, property damage from a break in, or a workman compensation issue, they were being taken care of through the insurance carrier. These are all signs of someone who does things right.

Karim works seven days a week. He has to be very hands on because the work force is not reliable and the money must be carefully accounted for from each restaurant. The restaurants have been burglarized. He has been victimized by smash and grab robbery attempts.

The economics of his business have changed over the past several years. In the past decade, the influx of carry-out fish and chicken chains from Chicago have saturated the market in Detroit. The economic recession has hit Detroiters very hard and the number of people out work in the

Honorable Edward M. Chen
Judge of the Northern District of California
March 10, 2014
Page 2

City was estimated to be high as 50%. Rising food costs have also outstripped the cost of the menu items, bringing down profit margins.

In spite of all this, Karim is an optimistic person. Karim still feeds people who do not have money, but have come to his restaurant because they are hungry and need food. He has provided food for the homeless. He was featured in WJBK-TV and WDIV-TV news stories which aired about their efforts to feed the poor in the community. He has also given from his business to support local charities. He is a good person.

Karim has been happily married to Rana and they have four children. Their oldest son is a special needs child. They have done a magnificent job raising. He is a polite and respectful young man. Academically, his cognitive skills are equal to a 7 or 8 year old. Rana works very hard spending hours each night helping him with his homework. She has been an effective advocate to keep him in a mainstream program at the local high school. Their son tags along with Karim during the weekend. Their second oldest child is a freshman in high school and she is very active in school activities. They also have 2 younger boys ages 12 and 3 years. Karim spends his free time surrounded by them and attending his children's activities.

Karim is also very active in his church, Antioch Orthodox Basilica of St. Mary. The reason I know this because he talks of their activities and will from time to time ask me if I know so and so because he or she also attends his church. I also know Karim as a man of faith who regularly professes his thanks to God for all that is good in his life.

My point in writing this letter is to request leniency for Karim in sentencing him for the offense he was convicted. If this Honorable Court would find favor with Karim, I would respectfully pray that this Court would sentence him to a halfway house in Detroit so he can continue his employment and support his family.

If you have any questions, please contact me.

Very Truly Yours,

Gerald A. Bagazinski

*Law Offices*
*Salem F. Samaan, P.C.*
*150 North Main Street*
*Plymouth, MI 48170-1236*

(734) 459-4040
facsimile (734) 454-4814

*Salem F. Samaan*
direct e-mail
sfsamaan@sbcglobal.net

March 10, 2014

Honorable Edward M. Chen
United States District Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Karim I. Bayyouk, Sentencing
Case No. 09-CV-1880 EMC

Dear Judge Chen:

I am writing to provide some additional information regarding Karim I. Bayyouk, who is scheduled for sentencing regarding the above indicated case, and to respectfully ask your Honor to utilize whatever discretion is available under the applicable guidelines in favor of leniency. Sometimes as humans, we fall. I realize that in your position, you frequently see people when they have fallen the hardest. However, an accurate measure of character is what a person has done with their life before and after a transgression.

Having known Mr. Bayyouk for over 20 years, I will try to shed some light on his character that cannot be seen in the confines of a trail. I have known Mr. Bayyouk as a friend, restaurateur, public minded citizen and family man. As a restaurateur, he is extraordinary in his attention to his guests and to the details of their comfort and enjoyment. Karim is a man who always finds the time to help a family member, friend or a stranger in need. He has donated food to families and individuals who he knows or finds out are financially strapped and can't afford to eat or feed their families. As a citizen, his generosity to civic causes is well known. I do not believe that there has been a school group, community organization or Church that has failed to receive

support from Karim. Karim and his family are very active in our church, ( St Mary's Antiochian Orthodox Church). They are involved in many of the churches efforts to reach out to the community, to help the elderly, and the poor. He not only donates money to the projects, but he and his family donate many hours of their time. I have been personally involved and have worked side by side with Karim on many such projects. One has only to briefly observe the interactions between Karim, his wife and their children to see his deep and caring involvement with his family, and his children's love and respect for him. He appears to always make time in his hectic schedule to be available for his children's school activities. I have children that are the same age as Karim's. Our families have taken several vacations together, which gave me the chance to witness the great relationship that Karim has with his wife and children.

We have discussed the matter before your Honor, and I believe that there is no chance Karim will repeat any such behavior in the future. That being said, I believe Karim will remain the model citizen that he has otherwise been outside of the issue that brought him before your Honor. An accurate measure of character is what a person has done with his life before and after a transgression. I hope this letter will shed some light on the character of the person that will appear before you, to be sentenced, the true character that cannot be seen in the confines of a trial.

I cannot conceptualize that incarceration will benefit either society or Karim in this matter, but would serve only its basest object, that of retribution. Karim's activities as a giving citizen and caring family member far outweigh any need for such punishment.

I respectfully thank your Honor for taking the time to consider my first hand observations in this matter. I wish you wisdom in your decision and of course, should there be any question or comment, please do not hesitate to call.

Sincerely,

*Salem S.*

Salem F. Samaan

CC: Karim I. Bayyouk

HONORABLE JUDGE EDWARD M. CHEN

District court judge,

Dear judge,

My name is Rana Bayyouk; I have been married to Karim Bayyouk for eighteen years. I met Karim when I was in college. I was attending Northwestern University in Chicago, majoring in psychology. We met each other through family and dated for two years before we got married. We got married May of 1995. I was 22 years old.

We have four children, 17, 14, 12 and a 3 year old. Family is very important to the both of us; even though Karim puts a lot of hours at work, he manages to make time for his children. My oldest son is very close to his dad. They watch sports together; my husband takes him to work with him. My children are always so proud of how their dad, he worked so hard all his life to provide for them. Karim came to this country with nothing but with his strong will and his hard work made something for himself and his family. And that's something we are all proud of. My daughter who is 14 plays soccer for a travel team in Michigan. We do a lot of traveling. Karim always make time to attend all her games and travel with us wherever we go, when she sees her dad at her games it gives her more confidence. My son Anthony who is 12 was born with a heart defect. It was a very hard time for me as a mom, but without Karim's love and support it would have been hard to get through it, he helped me become a very strong person. My 3 year old just simply loves his dad because Karim has so much love and patience for his kids. He is more than a father, he is a role model.

My husband is a very well-known man in our community, We go to church together. We have a lot of friends who love and respect him. Karim is a very humble and caring person. His employees love and respect him because he doesn't look at them as employees but more like family. One example of many

good things Karim has done in his life: When he was a franchisee owner at Dunkin Dounts he noticed an older lady that had been sitting in his store for many hours, He approached her and asked if she needed any help, She told him that her car is not working and that she has no money to fix it. Karim called AAA for her and also gave her money to fix the car, He never met the lady before but this is the kind of person he is. He never saw the day again but this is one of the many things he is proud to tell his kids. Karim has taught me so much; He is not only a husband, but a father and my best friend. He has taught me patience, love and I'm a good mother because of his support and love to his family.

*Rana Bayyouk*