BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
201 California Street, Suite 450
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 358-4770
Email: bhgetz@pacbell.net

Attorney for Defendant
KARIM ISKANDER BAYYOUK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARIM ISKANDER BAYYOUK,<br><br>Defendant. | CASE NO. CR-12-0420-EMC<br><br>**STATUS CONFERENCE STATEMENT REGARDING VOLUNTARY SURRENDER**<br><br>Date:        July 29, 2015<br>Time:        2:15 pm<br>Courtroom: 5, 17th Floor<br>Judge:       Hon. EDWARD M. CHEN |

Defendant Bayyouk appears before the Court to address the issue of his surrender date.

Mr. Bayyouk was convicted after jury trial of 18 USC 1505 – Obstruction of Proceedings before the Securities and Exchange Commission-on September 3, 2013.

This Court permitted Mr. Bayyouk to remain at liberty pending his appeal. The Ninth Circuit Court of Appeals ruled against Mr. Bayyouk in a decision that became final on July 7, 2015.

The United States Marshal initially notified Mr. Bayyouk that his surrender date was August 28, 2015. Last week, the US Marshal advanced the surrender date to July 28, 2015, stating that the earlier date was given in error.

///

## **EMPLOYMENT ISSUE**

Both before and after the trial held before this Court, Mr. Bayyouk operated four fast-food take-out locations owned by Mr. Bayyouk's brother-in-law Bassam Salman. <u>See, Presentence Investigation Report,</u> paragraph 92.

In a separate trial, Mr. Salman was convicted before this Court and was sentenced to prison. Mr. Salman has been serving his sentence, and is scheduled for release July 6, 2016. However, it is likely that Mr. Salman will be released to a half-way house in January 2016. If Mr. Bayyouk were able to remain on bail until Mr. Salman is released to the half-way house, the operation of the four take-out locations would be uninterrupted. Mr. Bayyouk is the primary source of support for his wife and four children. <u>See, letter of Gerald Bagazinski,</u> attached as Exhibit A.

## **EQUITABLE CONSIDERATIONS**

The offense conduct forming the basis of the conviction occurred on May 31, 2007. That was over eight years ago.

Mr. Bayyouk made his initial appearance in District Court on June 26, 2012, over three years ago.

Mr. Bayyouk has complied with all terms and conditions of pre-trial and post-trial release. He asks this Court to delay his surrender until January 29, 2016, a period of six months. Such delay will have no effect on the length of sentence served by Mr. Bayyouk, and will allow the food service outlets to be operated by Mr. Salman during the incarceration of Mr. Bayyouk.

Dated: July 27, 2015               Respectfully submitted,
                                   LAW OFFICES OF BRIAN H GETZ


                                   _____/s/_____
                                   BRIAN H GETZ
                                   Attorney for Defendant
                                   KARIM ISKANDER BAYYOUK