# EXHIBIT A

# Gerald A. Bagazinski
31110 Hathaway
Livonia, MI 48150
734-765-5833
gabpc@aol.com

July 16, 2015

Honorable Edward M. Chen
Judge of the Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

    Re:  U.S. v Karim Bayyouk
        Case No. CR 0420-001-EMC

Dear Judge Chen:

I am writing this letter on behalf of Karim Bayyouk. Karim has been a business client of mine for the last fifteen years. I have handled various business and estate planning matters for him and his wife.

Karim started four storefront fish and chicken carry out restaurants located in Detroit with an out of state partner, Bassam Salman, who is also currently in prison for similar offenses arising out of the same transactions of occurances. Mr. Salman expects to be released in January 8, 2016. None of these restaurants alone would support his family by itself. In order to get the appropriate economy of scale to support his family, he had to open multiple restaurants.

In the process of reviewing leases for Karim, I learned from him firsthand of the complex bureaucratic process of getting permit, licenses, constructing the build outs, and scheduling inspections in the City of Detroit and Wayne County. He was amazingly diligent and spent a lot of time making sure he was compliant with the myriad of federal, state and local ordinances. I do not recall a single instance where I went to court to represent him for a misdemeanor violation. I cannot say this is true of other clients.

This carried over into other areas. For instance, he has a good accountant who has made sure his taxes were up to date. He also had a good insurance coverage. When I became aware of different problems such as a slip and fall injury, property damage from a break in, or a workman compensation issue, they were being taken care of through the insurance carrier. These are all signs of someone who does things right.

Karim works seven days a week. He has to be very hands on because the work force is not reliable and the money must be carefully accounted for from each restaurant. Each restaurant is in located in or near distressed neighborhoods within the City of Detroit. It is very dangerous to travel to these locations. The restaurants have been burglarized. He has been victimized by smash and grab robbery attempts. The employees who work at the restaurants are paid minimum wage. Many employees have stolen from him.

Honorable Edward M. Chen
Judge of the Northern District of California
March 10, 2014
Page 2

The economics of his business have changed over the past several years. In the past decade, the influx of carry-out fish and chicken chains from Chicago have saturated the market in Detroit. The economic recession still effects Detroiters very hard and BLS estimates the number of people out work in the City has been estimated to be 25%. Rising food costs have also outstripped the cost of the menu items, bringing down profit margins.

In spite of all this, Karim is an optimistic person. Karim still feeds people who do not have money, but have come to his restaurant because they are hungry and need food. He has provided food for the homeless. He was featured in WJBK-TV and WDIV-TV news stories which aired about their efforts to feed the poor in the community. He has also given from his business to support local charities. He is a good person.

My point in writing this letter is to request leniency for Karim, so that he may wait to surrender himself and report to jail, until his business partner, Bassam Salman, is out of jail. This would mean extending the reporting date for a period of 5 months. My professional opinion is that the businesses would have a high potential to fail in the very short term if there is not the appropriate managerial oversight from someone who has a vested interest in the business. I do not think the businesses can sustain absentee ownership. It is probable that business would not be operating when Mr. Salman is released.

If this Honorable Court would find favor with Karim Bayyouk, I would respectfully pray that this Court extend the date for him to report until January 29, 2015, 21 days after the release of his business partner Bassam Salman from prison on January 8, 2016.

If you have any questions, please contact me.

Very Truly Yours,

Gerald A. Bagazinski