```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 |
   | DAVID R. CALLAWAY (CABN 121782)
 3 | Chief, Criminal Division
   |
 4 | ADAM A. REEVES (NYBN 2363877)
   | ROBERT S. LEACH (CABN 196191)
 5 | Assistant United States Attorneys
```

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7   Telephone: (415) 436-7200
    Fax: (415) 436-7234
8   Adam.Reeves@usdoj.gov
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 12-00420 EMC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER REGARDING SURRENDER DATE |
| v. | ) | |
| KARIM ISKANDER BAYYOUK, | ) | |
| Defendant. | ) | |

A status conference in this matter was held on July 29, 2015, regarding the defendant's surrender date. For the reasons stated on the record, the Court hereby ORDERS that the defendant shall surrender for service of sentence at the institution designed by the Bureau of Prisons by 12 p.m. on September 15, 2015.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE SURRENDER DATE
Case No. CR 12-00420 EMC